

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

November 10, 2022

**BY ECF**
Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: Case 1:22-cv-6441, Valerie Dicks v. AmeriMark Direct LLC

To the Honorable Magistrate Judge Parker,

    Plaintiff submits this letter-motion to seek an adjournment of the initial pretrial conference currently scheduled for November 15, 2022. Plaintiff will be traveling on that date and will be unable to appear in-person for the conference. Defendant consents to the request and this is the first time this request is being sought. The Parties request a new date of December 13, 2022, which they have mutually agreed on.

    Plaintiff thanks the court for its consideration in this matter.

Respectfully and sincerely,

/s/ Mars Khaimov, Esq.

Cc: all counsel of record

