

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

December 12, 2022

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

  Re: **Dicks v. AmeriMark Direct LLC d/b/a Beauty Boutique**
    *Case No. 22-cv-6441 (PGG) (KHP)*

Dear Magistrate Judge Parker:

  We represent defendant AmeriMark Direct LLC in the above-referenced matter, and we write with the consent of plaintiff's counsel to request that tomorrow's 3:45 p.m. in-person initial conference be converted to a telephonic conference instead. The reason for this request is that my daughter is getting married on Thursday, and my elderly in-laws are arriving by airplane tomorrow at about 5:30 p.m., and I am scheduled to pick them up from Westchester County Airport.

  We thank the Court for its attention to, and consideration of, this matter. We are available at Your Honor's convenience if the Court has any questions.

            Respectfully submitted,

            David Stein

cc: Mars Khaimov, Esq. (via ECF)