```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
VALERIE DICKS, on behalf of herself
and all others similarly situated,

                         Plaintiff,                                  22-CV-6441 (PGG) (KHP)

      -against-                                                **ORDER**

AmeriMark Direct LLC
d/b/a Beauty Boutique,

                         Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the December 13, 2022 conference, the fact discovery deadline is **April 13, 2022**. The deadline for initial interrogatories is **January 13, 2023**. The deadline for initial requests for production is **January 13, 2023**. Responses to the initial requests are due **February 12, 2023**.

      The deadline to amend the pleadings and for joinder of parties is **January 6, 2023**.

      The expert discovery deadline is **May 29, 2023**.

      The parties shall file a joint status letter by **January 31, 2023**, updating the Court on the parties' progress with discovery.

      **SO ORDERED.**

DATED:    New York, New York
               December 15, 2022

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge