USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VALERIE DICKS, on behalf of herself
and all others similarly situated,

                       Plaintiff,

      -against-

AmeriMark Direct LLC
d/b/a Beauty Boutique,

                       Defendant.
-----------------------------------------------------------------X

**22-CV-6441 (PGG) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      At the December 13, 2022 conference, the parties were ordered to file a joint status letter by January 31, 2023, updating the Court on the parties' progress with discovery. (ECF No. 21.) In light of the parties' failure to timely file a joint status letter, the parties are again ordered to file a joint status letter by **February 13, 2023**.

      **SO ORDERED.**

DATED:    New York, New York
              February 8, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge