

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Honorable Magistrate Katharine H. Parker
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

February 13, 2023

    Re: <u>*Dicks v. AmeriMark Direct, LLC.*</u>
       <u>Case No. 1:22-cv-6441- Status Letter</u>

Dear Judge Parker:

  The Parties submit this status letter jointly, in accordance with the Order dated February 8, 2023 (Dkt. No. 22), which directed the Parties to provide the status of discovery to the Court. The status of the matter is as follows:

(a) On February 8, 2023, Plaintiff sent to Defendant its Initial Disclosures, Interrogatories, Requests for Admission, and Requests for Production.
(b) Defendant has not produced any discovery documents, or responded to Plaintiff's requests, but, of course, responses are not yet due.

  It is Parties' full intention to complete fact discovery by the so-ordered deadline of April 13, 2023, and to complete expert discovery by May 29, 2023, as the majority of the issues herein rest on expert testimony.

  The Parties thank the Court for its attention and consideration herein.

               Respectfully submitted,

               Mars Khaimov, Esq.

               David Stein, Esq.

