

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/22/2023
```

**MEMO ENDORSED**

VIA ECF
Honorable Magistrate Katharine H. Parker
United States District Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

March 22, 2023

    Re:   *Dicks v. Amerimark Direct LLC,*
           Case No. 1:22-cv-6441-PGG-KHP- Request for Adjournment

Dear Judge Parker:

    Plaintiff's Counsel is submitting this letter-motion, with the consent of Defendant, to seek an adjournment of the case management conference, currently scheduled to take place on March 27, 2023. Counsel will be out of state that week and unable to appear in person. Separately, the Parties are working towards a possible resolution of the matter and are hopeful that the conference will not be necessary altogether. As such, an adjournment to April 17, 2023 is being requested. This is the first time this relief is being requested, and both Parties consent.

    We thank the Court for its consideration of this matter.

                                            Respectfully submitted,

                                            **MARS KHAIMOV LAW, PLLC**

                                            */s/ Mars Khaimov*
                                            Mars Khaimov, Esq.

cc: Counsel of record (via ECF)

---

**APPLICATION GRANTED:** The Case Management Conference scheduled for Monday, March 27, 2023 at 2:30 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, May 3, 2023 at 11:15 a.m.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
03/22/2023