UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Valerie Dicks, on behalf of herself and all others similarly situated, | |
| Plaintiffs, | DOCKET NO. 22-cv-6441 (PGG) (KHP) |
| - vs. – | |
| Amerimark Direct LLC d/b/a Beauty Boutique, | **NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY** |
| Defendant. | |

**TO THE CLERK OF THE COURT**:

**PLEASE TAKE NOTICE** that, on April 11, 2023, AmeriMark Interactive, LLC and certain of its affiliates (collectively, the "Debtors")[1] filed voluntary petitions (the "Chapter 11 Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to an order of the Bankruptcy Court, all cases are being jointly administered under Docket No. 23-10438 (TMH) (Bankr. D. Del.). As of the date hereof, the Debtors' chapter 11 cases remain pending.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362 of the Bankruptcy Code, upon the filing of the Chapter 11 Petitions, an injunction was placed into effect, which automatically stays, among other things, (i) the commencement or continuation of any judicial, administrative or other action or proceeding against the Debtors that was, or could have been, commenced before the filing of the Chapter 11 Petitions, or (ii) any act to obtain possession or of exercise control over property of the Debtors' estates.

---

[1] The Debtors in the chapter 11 cases are: AmeriMark Interactive, LLC, AmeriMark Intermediate Sub, Inc., AMDRL Holdings, Inc., AmeriMark Intermediate Holdings, LLC, AmeriMark Direct, LLC, Dr. Leonard's Healthcare, LLC, and L.T.D. Commodities LLC.

Dated: April 25, 2023

*David Stein* (signature)

_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
(212) 836-9595 (Fax)
dstein@steinllp.com

Attorneys for Defendant

2