```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/01/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
VALERIE DICKS, on behalf of herself
and all others similarly situated,

                Plaintiff,

       -against-

AmeriMark Direct LLC
d/b/a Beauty Boutique,

                Defendant.
----------------------------------------------------------------X

**22-CV-6441 (PGG) (KHP)**

**ORDER ADJOURNING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Joint Stipulation of Dismissal filed on May 1, 2023 (doc. no 29) the Case

Management Conference currently scheduled for **May 3, 2023** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
           May 1, 2023

                    _____
                    KATHARINE H. PARKER
                    United States Magistrate Judge